# EXHIBIT B

## List Of State Venue Provisions For Travis County Texas

- TEX. GOV'T CODE ANN. §§ 403.201 (suits by persons owing taxes or fees): "The district courts of Travis County have exclusive, original jurisdiction of a suit brought under this chapter."

- 403.276(e) (re: property accounting): "Venue for all suits instituted under this section against a state official or employee is in a court of appropriate jurisdiction of Travis County."

- 466.101(d) (re: the lottery): "A party who is aggrieved by the commission's resolution of a protest under Subsection (c) may file an action in the district court of Travis County."

- 802.003(b) (re: public retirement systems): "[A]ny resident of the state may file a pleading in a district court in Travis County to compel the governing body to comply with the applicable requirement."

- 841.005 (re: county and district retirement systems): "The venue of an action brought under this section is in either Travis County or a county in which the subdivision is situated."

- 851.005 (re: Texas Municipal Retirement System): "The venue of an action brought under this section is in either Travis County or a county in which the municipality is situated."

- 2001.176(b)(1) (Vernon 1990 & Supp. 1994) (re: judicial review of contested administrative cases): "[T]he petition must be filed in a Travis County district court."

- TEX. EDUC. CODE ANN. §§ 11.03(f) (re: Texas School for the Deaf): "The decision of the commissioner (of education) may be appealed to a district court in Travis County."

- 11.061(f) (re: School for the Blind and Visually Impaired): ""The decision of the commissioner (of education) may be appealed to a district court in Travis County."

- 11.13(c) [now, in essence, §7.057(d)] (re: administrative appeals to Commissioner of Education): "Any person, county, or school district aggrieved by any action of the Central Education Agency or decision of the commissioner of education may appeal to a district court in Travis County, Texas."

- 12.33(b) (re: cancellation of contracts): "For the cancellation of any such contract, the attorney general is authorized to bring suit in the proper court of Travis County."

- 65.42: "A suit by The University of Texas System on its own behalf or on behalf of a component institution of The University of Texas System to recover a delinquent loan, account, or debt owed to The University of Texas System or a component institution of The University of Texas System must be brought in Travis County."

9381P.011c

- 67.26: "Venue for suits brought against the University Interscholastic League or for suits involving the interpretation or enforcement of the rules or regulations of the University Interscholastic League shall be in Travis County, Texas.

- 76.04 (re: University of Texas at Tyler): "The board may sue and be sued in the name of the institution. Venue is in Smith or Travis County."

- 106.38 (re: Texas Southern University): "Venue for a suit against the university is in Harris County or Travis County."

- 111.33 (re: University of Houston): "Venue shall be in either Harris County or Travis County."

- 135.55 (Vernon 1991 & Supp. 1994) (re: Texas State Technical College System: "The board may sue, and may be sued, in the name of the Texas State Technical College System, with venue being in either McLennan County or Travis County.

- TEX. ALCO. BEV. CODE ANN. § 5.17 (Vernon 1978): "In all suits against the commission, except appeals governed by Section 11.67 [refusal of license] or 32.18 [private club permits] of this code, venue is in Travis County."

- TEX. BUS. & COM. CODE ANN. § 16.24 (Vernon 1987): "If the secretary of state takes final action refusing to register a mark under Section 16.109 or to renew the registration of a mark under Section 16.14, the applicant or registrant may file suit for review of the secretary of state's decision in one of the Travis County district courts.

- TEX. CIV. PRAC. & REM. CODE ANN. §§ 15.014 - 15.016 (Vernon 1986): "An action for mandamus against the head of a department of the state government shall be brought in Travis County."

- TEX. HEALTH & SAFETY CODE ANN. §§ 361.321(a), (b): " A person affected by a ruling, order, decision, or other act of the commission may appeal the action by filing a petition in a district court of Travis County."

- 382.032(a): "A person affected by a ruling, order, decision, or other act of the commission or of the executive director, if an appeal to the commission is not provided, may appeal the action by filing a petition in a district court of Travis County."

- 402.029 (a) (Vernon 1992 & Supp. 1994): (repealed)

- TEX. NAT. RES. CODE ANN. §§ 33.171(a), (Vernon 1978 & Supp. 1994): "A littoral owner whose rights may be affected by any action of the board under this chapter may bring suit for a declaratory judgment against the State of Texas in a district court in Travis County to try the issues."

2

9381P.011c

# EXHIBIT B

- 33.172- 33.173 (re: coastal public land): "Unless expressly waived in writing by the attorney general, venue lies in Travis County in any proceeding."

- 40.257: (b) "All appeals from administrative proceedings under this chapter shall be filed in a district court of Travis County, Texas, pursuant to Chapter 2001, Government Code."

- 51.303 (re: easements): The venue for suits by or against the state under Sections 51.291 through 51.3021 of this code or for violation of provisions of Sections 51.291 through 51.302 of this code shall be in Travis County."

- 52.099: "The venue for any suit arising from this subchapter either by or against the board and regardless of the kind or nature shall be in Travis County."

- TEX. PROP. CODE ANN. §§71.301(a): "If personal property of a deceased owner escheats to the state under this chapter and is delivered to the state, a person who claims the property as an heir, devisee, or legatee of the deceased may file suit against the state in a district court of Travis County, Texas.

- 71.303(a): "If real property escheats to the state under this chapter, a person who was not personally served with citation in the escheat proceedings may file suit in the district court of Travis County for all or a part of the property.

- 74.305 (Vernon 1984 & Supp. 1994): repealed

- TEX. PROB. CODE ANN. § 433(a) (Vernon 1980 & Supp. 1994): "When funds of an estate have been paid to the comptroller, any heir, devisee, or legatee of the estate, or their assigns, or any of them, may recover the portion of such funds to which he, she, or they are entitled. The person claiming such funds shall institute suit on or before the fourth anniversary of the date of the order requiring payment to the comptroller, by petition filed in the district court of Travis County, against the comptroller, setting forth the plaintiff's right to such funds, and the amount claimed by him."

- TEX. WATER CODE ANN. § 29.021 (Vernon 1988): "The venue in actions under Sections 29.019 and 29.020 of this code is fixed exclusively in the district courts of Travis County.

- TEX. REV. CIV. STAT. ANN. art. 601b, § 5.15(f) (Vernon Supp. 1994): repealed

9381P.011c